**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*********************************

United States of America

-v.-

Douglass Mackey

21-M-82 (RER)
Docket Number

*********************************

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Erik Paulsen
Firm Name: USAO-EDNY
Address: 271-A Cadman Plaza East
Brooklyn, NY 11201
Phone Number: 718-254-6135
E-Mail Address: erik.paulsen@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:
Judge/Magistrate Judge:
Date Entered:

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn , NEW YORK
January 22, 2021

_____
**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE January 22, 2021
                                                  DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.)___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)**___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:___ ; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

_____         _____
DATE                                                        SIGNATURE