UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                CR-21-080 (NGG)

DOUGLASS MACKEY,
   also known as "Ricky Vaughn,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Department of Justice Trial Attorney William J. Gullotta from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> William J. Gullotta
> Trial Attorney
> United States Department of Justice
> Criminal Division, Public Integrity Section
> 1331 F Street NW, Suite 300
> Washington, DC 20004
> Tel:  (202) 514-1412
> Fax:  (202) 514-3003
> Email: William.Gullotta2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Department of Justice Trial Attorney William J. Gullotta at the email address set forth above in addition to the other government attorneys.

Dated:   Brooklyn, New York
        February 16, 2021

        Respectfully submitted,

        Corey R. Amundson
        Chief, Public Integrity Section

By:     /s/ William J. Gullotta
        William Gullotta
        Trial Attorney
        U.S. Department of Justice
        Criminal Division, Public Integrity Section
        1331 F St. NW, Ste. 300
        Washington, D.C. 20004
        Tel: 202-514-1412

cc:   Clerk of the Court (NGG)