NR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

                                                                            21 CR 80 (NGG)

   - against -

DOUGLASS MACKEY,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Nathan Reilly hereby enters his appearance in the above-captioned matter.   The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to the email address set forth below.

Dated:       Brooklyn, New York
                 March 29, 2021

                                            Respectfully submitted,

                                            MARK J. LESKO
                                            Acting United States Attorney

                       By:       /s/
                                            Nathan Reilly
                                            Assistant United States Attorney
                                            Eastern District of New York
                                            271 Cadman Plaza East
                                            Brooklyn, New York 11201
                                            nathan.reilly@usdoj.gov
                                            Tel:(718) 254-6196