UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>          v.<br><br>DOUGLASS MACKEY<br><br>                    Defendant. | 21-CR-80 (NGG)<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE OF MICHAEL HASSARD AS ATTORNEY FOR DEFENDANT**

To the Clerk of the Court and all parties of record:

Please take notice that the undersigned attorney is admitted to practice in this Court and is retained as counsel for Defendant DOUGLASS MACKEY.

Dated: May 24, 2021

                                        Respectfully submitted,

                                        /s/ Michael Hassard

                                        Michael Hassard
                                        (NYS Bar No. 5824768)
                                        Tor Ekeland Law, PLLC

                                        80 Wall Street
                                        8th Floor
                                        New York, NY
                                        10005

                                        (718) 737 - 7264
                                        michael@torekeland.com

1