

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EDP
F. #2018R02250

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 28, 2021

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Douglass Mackey</u>, 21-CR-80 (NGG)

Dear Judge Garaufis:

      The parties respectfully request that the Court execute the attached protective order concerning the use of discovery materials containing personal identifying information.

      Respectfully submitted,

      MARK J. LESKO
      Acting United States Attorney

By:    /s/
      Erik D. Paulsen
      Assistant U.S. Attorney
      (718) 254-6135