F. #2018R02250

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                  21-CR-80(NGG)

DOUGLASS MACKEY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Olatokunbo Olaniyan from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Olatokunbo Olaniyan
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6317
    Email: Olatokunbo.Olaniyan@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Olatokunbo Olaniyan at the email address set forth above.

Dated: Brooklyn, New York
June 29, 2021

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Olatokunbo Olaniyan
Olatokunbo Olaniyan
Assistant U.S. Attorney

cc: Clerk of the Court (NGG)