UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUGLASS MACKEY,<br><br>*Defendant*. | 21-CR-80 (NGG)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that upon the annexed declaration, Defendant Douglas Mackey, through his undersigned counsel, and upon the Bill of Particulars motion herein, will move this Court, before the Honorable Nicholas G. Garaufis of the United States District Court for the Eastern District, in United States Courthouse, Courtroom 4D South, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an Order granting the Defendant's motion for a Bill of Particulars, pursuant to the following schedule set by the Court:

1. Opposition papers, if any, are to be served on or before February 8, 2022;
2. Reply papers, if any, are to be served on or before February 14, 2022;
3. Oral argument is scheduled for February 25, 2022, at 10:00 AM before the Honorable Nicholas G. Garaufis of the United States District for the Eastern District of New York.

Dated: New York, New York

January 10, 2022

Respectfully submitted,

/s/ Tor Ekeland

Tor Ekeland (NYS Bar No. 4493631)
Michael Hassard (NYS Bar No. 5824768)

Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
T: (718) 737-7264
F: (718) 504-5417
tor@torekeland.com
michael@torekeland.com

*Attorneys for Defendant Douglas Mackey*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of January 2022, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail and mail delivery via first class mail:

s/ Tor Ekeland

U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Erik David Paulsen
Erik.Paulsen@usdoj.gov

Olatokunbo Olaniyan
Olatokunbo.Olaniyan@usdoj.gov

William J. Gullotta
William.Gullotta2@usdoj.gov