The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

February 7, 2022

*Filed via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

  Subject to the Court's approval, I will appear as counsel of record for Douglass Mackey in the above-referenced case in place of current counsel of record and will shortly file a notice of appearance.

  Earlier today, I spoke with Assistant United States Attorneys Paulsen, Olaniyan and Gullotta. If the Court accepts my appearance as substitute counsel, I propose the following revised scheduled, with the government's consent, for briefing of Mr. Mackey's motions for particulars and dismissal to afford me time to review discovery and learn the case:

  1. *Mr. Mackey's motion for a bill of particulars.*

  Mr. Mackey hereby requests permission to withdraw his previously-filed motion for a bill of particulars [Docket No. 25] and proposes the following schedule to which the government consents:

  March 10  My motion for a bill of particulars on Mr. Mackey's behalf;

  April 7  The government's response;

  April 18  Mr. Mackey's reply;

Oral argument on the motion to be scheduled by the Court (government counsel requests that argument be scheduled for the week of April 25, but not April 29).

2.     *Mr. Mackey's motion for dismissal (proposed with the government's consent)*

May 23      Mr. Mackey's motion to dismiss;

June 22     The government's response;

June 29     Mr. Mackey's reply;

Oral argument to be scheduled by the Court.

I am mindful that a defendant's requested substitution of counsel extends the duration of a case. I assure the Court that my efforts to get up to speed are underway and will continue apace.

The Court previously identified a number of bases to exclude time under the Speedy Trial Act, and Mr. Mackey and I consent to the additional basis occasioned by this requested substitution.

I very much appreciate the Court's consideration.

        Respectfully submitted,

        */s/ Andrew J. Frisch*
        Andrew J. Frisch

cc: AUSA Erik Paulsen
    AUSA Olatokunbo Olaniyan
    AUSA William Gullotta