UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------- x
UNITED STATES OF AMERICA

        - v -                                         21 CR 0080 (NGG)

DOUGLASS MACKEY,

        Defendant.
---------------------------------------------------- x

<u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Douglass Mackey in the above-captioned case.

Dated: February 7, 2022

                                              Respectfully submitted,

                                              <u>*/s/ Andrew J. Frisch*</u>
                                              Andrew J. Frisch
                                              The Law Offices of Andrew J. Frisch, PLLC
                                              40 Fulton Street
                                              New York, New York 10038
                                              (212) 285-8000
                                              *afrisch@andrewfrisch.com*

                                              *Attorney for Douglass Mackey*