UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

UNITED STATES OF AMERICA

                                                                                                    21 CR 80 (NGG)

        - against -

DOUGLASS MACKEY,

                Defendant.

-------------------------------------------------------- x

### STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED and agreed between and among the signatories below that Andrew J. Frisch is substituted for Tor Ekeland as counsel of record for Douglass Mackey in the above-captioned case, subject to the Court's approval.

Dated: February 12, 2022

| | |
|---|---|
| */s/ Tor Ekeland* | */s/ Andrew J. Frisch* |
| Tor Bernhard Ekeland | Andrew J. Frisch |
| Tor Ekeland, P.C. | The Law Offices of Andrew J. Frisch, PLLC |
| 195 Plymouth Street | 40 Fulton Street, 17th Floor |
| Brooklyn, New York 11201 | New York, New York 10038 |
| (718) 285-9343 | (212) 285-8000 |

Agreed:

*/s/ Douglass Mackey*
Douglass Mackey