UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x

UNITED STATES OF AMERICA

        - v -                                    Criminal Case No. 21-0080 (NGG)

DOUGLASS MACKEY,

        Defendant.

-------------------------------------------------- x

        PLEASE TAKE NOTICE that, on the accompanying Memorandum of Law and exhibits thereto, Defendant Douglass Mackey will move this Court pursuant to a schedule set by the Court for an order granting Mr. Mackey's requested particulars and such other relief as the Court may deem appropriate.

Dated: March 16, 2022

        Respectfully submitted,

        */s/ Andrew J. Frisch*
        Andrew J. Frisch
        The Law Offices of Andrew J. Frisch, PLLC
        40 Fulton Street
        New York, New York 10038
        (212) 285-8000
        *afrisch@andrewfrisch.com*

        *Attorney for Douglass Mackey*