

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

OO
F. #2018R02250

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 5, 2022

By E-mail and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Douglas Mackey
      Criminal Docket No. 21-CR-80 (NGG)

Dear Judge Garaufis:

   The government submits this letter in advance of the oral argument on the motion for a bill of particulars, currently scheduled for May 6, 2022 at 4:00 p.m.  The government respectfully requests that the Court permit one attorney from the government, William Gullotta, to attend Friday's proceeding by telephone.  The government does not anticipate that Mr. Gullotta will address the Court during the oral argument.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

         By:   /s/_____
              Olatokunbo Olaniyan
              Assistant U.S. Attorney
              (718) 254-6317

CC: Andrew Frisch, Esq. (via ECF and e-mail)