The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

May 23, 2022

*Filed via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

After consult with the government, I write on behalf of the parties jointly to propose the following schedule for briefing of Mr. Mackey's motion to dismiss the above-referenced case:

June 24, 2022 Mr. Mackey' motion to be filed;

August 5, 2022 The government's opposition to be filed;

August 19, 2022 Mr. Mackey's reply to be filed.

The parties can propose a date for oral argument after consult with Mr. Reccoppa.

Respectfully submitted,

/s/ Andrew J. Frisch
Andrew J. Frisch

cc: AUSA Erik Paulsen
AUSA Olatokunbo Olaniyan
AUSA William Gullotta