The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

June 2, 2022

*Filed via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

    On behalf of Douglass Mackey in the above-referenced case, I submit this letter as an application to modify the terms of his pretrial release to permit him to travel from June 19 to 23, 2022, to visit with his sister who lives in North Carolina. Mr. Mackey is at liberty on an unsecured $50,000 bond that restricts his travel to Florida (where he resides) and New York City.

    AUSA Paulsen advises that the government has no objection to this application if Pretrial Services has no objection. Pretrial Services in Florida advises that it has no objection to this application if the Court has no objection. Mr. Mackey does not have a pretrial services officer in the Eastern District of New York. Pretrial Services in this District advises that I should make it aware of this application, and I shall do so. Put more simply, neither the government nor Pretrial Services objects to this application.

    Respectfully submitted,

    */s/ Andrew J. Frisch*
    Andrew J. Frisch

cc: AUSA Erik Paulsen
    AUSA Olatokunbo Olaniyan
    AUSA William Gullotta

**Application granted.
So Ordered.**
Hon. Nicholas G. Garaufis
Date: 6/2/22