UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x

UNITED STATES OF AMERICA

       - v -          Criminal Case No. 21-0080 (NGG)

DOUGLASS MACKEY,        NOTICE OF MOTION

     Defendant.

-------------------------------------------------- x

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and exhibit thereto and all proccedings in this case, Douglass Mackey will move this Court at a date and time to be set by the Court for an order dismissing this case and for any other relief deemed appropriate.

Dated: June 24, 2022

              */s/ Andrew J. Frisch*
              Andrew J. Frisch
              The Law Offices of Andrew J. Frisch, PLLC
              40 Fulton Street, 17th Floor
              New York, New York 10038
              (212) 285-8000
              *afrisch@andrewfrisch.com*

              *Attorney for Douglass Mackey*

June 24, 2022