# Exhibit A

## Second Circuit 241 Prosecutions

| Case | Citation | Underlying Conduct | Independent Crime |
|---|---|---|---|
| Bosselman v. United States | 239 F. 82 (2d Cir. 1917) | Directed employees to doctor evidence material to grand jury | Obstruction of administration of justice |
| Rosner v. United States | 10 F.2d 675 (2d Cir. 1926) | Advising another to disregard DA letter | Obstructing administration of justice (REVERSED) |
| United States v. Sager | 49 F.2d 725 (2d Cir. 1931) | Lawyer sought to bribe juror | Bribery |
| United States v. Pleva | 66 F.2d 529 (2d Cir. 1933) | Falsifying voter machine returns | Falsification of election records |
| United States v. Kantor | 78 F.2d 710 (2d Cir. 1935) | Campaign treasurer interfered with voters at the machines, rang up votes on the machines, forged signatures of voters, and turned the voting machines in improper positions in the polling places | Forgery/voter intimidation (REVERSED) |
| United States v. Manton | 107 F.2d 834 (2d Cir. 1939) | Judge and stockholder conspiring to procure favorable actions for certain litigants | Conspiracy to obstruct administration of justice and defraud the US |
| United States v. Polakoff | 121 F.2d 333 (2d Cir. 1941) | Bondsman offered to secure low sentence for a profit | Obstructing administration of justice |
| United States v. Minkoff | 137 F.2d 402 (2d Cir. 1943) | Defendant arranged to undergo operation to secure mistrial | Obstructing administration of justice |

| Case | Citation | Underlying Conduct | Independent Crime |
|---|---|---|---|
| United States v. Berke Cake Co. | 50 F. Supp. 311 (E.D.N.Y. 1943) | Company conspired with union officials to threaten/intimidate/discriminate against employees who sought action against the company | Conspiracy to violate Fair Labor Standards Act |
| United States v. Brothman | 191 F.2d 70 (2d Cir. 1951) | Federal grand jury investigation of possible violations of espionage laws | Endeavoring to influence a witness to give false testimony (Reversed on procedural grounds) |
| United States v. DeLaurentis | 491 F.2d 208 (2d Cir. 1974) | Intimidation of labor union members | None (REVERSED) |
| United States v. Pacelli | 491 F.2d 1108 (2d Cir. 1974) | Defendant murdered witness to prevent her from testifying | Murder of witness |
| United States v. Harvey | 526 F.2d 529 (2d Cir. 1975) | Defendant murdered witness | Murder of witness |
| United States v. Guillette | 547 F.2d 743 (2d Cir. 1976) | Burglars murdered witness so he wouldn't testify | Murder |
| United States v. McClean | 528 F.2d 1250 (2d Cir. 1976) | Systemic police extortion scheme | Harassment/wrongful appropriation/ wrongful arrest |
| United States v. Housand | 550 F.2d 818 (2d Cir. 1977) | A would-be killer-for-hire testified against the actual murderers, then recanted (allegedly from fear), then re-recanted | Murder of witness |
| United States v. Anzalone | 555 F.2d 317 (2d Cir. 1977) | Race-based intimidation to prevent black family from occupying a dwelling | Housing discrimination |
| United States v. King | 563 F.2d 559 (2d Cir. 1977) | Police extorted and spied on citizens | Illegal surveillance/extortion |
| United States v. Cabrera | 440 F. Supp. 605 (S.D.N.Y. 1977) | Killing of an undercover informant | Murder |
| United States v. Cale | 508 F. Supp. 1038 (S.D.N.Y. 1981) | Terrorist group conspired to assassinate prominent critic | Assassination conspiracy |

| Case | Citation | Underlying Conduct | Independent Crime |
|---|---|---|---|
| United States v. Bufalino | 683 F.2d 639 (2d Cir. 1982) | Attempted recovery of $25,000 debt by threat to kill the debtholder (extortion) who then testified | Conspiracy to murder witness |
| United States v. Ivic | 700 F.2d 51 (2d Cir. 1983) | Croatian separatists conspired to murder another Croatian partisan for advocating anti-violence activism | Murder conspiracy |
| United States v. Bagaric | 706 F.2d 42 (2d Cir. 1983) | Croatian terrorists created "extensive international extortion scheme" targeting moderate Croatians | Extortion/murders/bombings |
| United States v. Thomas | 757 F.2d 1359 (2d Cir. 1985) | Organized crime group routinely arranged murders of potential witnesses | Murder of witness |
| United States v. Castellano | 610 F. Supp. 1359 (S.D.N.Y. 1985) | Organized crime group murdered witness | Murder conspiracy |
| United States v. McDermott | 918 F.2d 319 (2d Cir. 1990) | NYC Transit Police officers making false arrests of individuals for committing sexual abuse on the subway | False arrest |
| United States v. Occhipinti | 772 F. Supp. 170 (S.D.N.Y. 1991) | INS agent committed various Fourth Amendment violations while investigating a bodega suspected to be part of a drug ring | Conducting illegal detentions, searches and seizures, making false statements to cover-up such activities, and embezzling money from the bodegas. |
| Munger v. United States | 827 F. Supp. 100 (N.D.N.Y. 1992) | Defendant burned cross in lawn to protest interracial couple | Interfering with housing rights by means of force |
| United States v. DiNome | 954 F.2d 839 (2d Cir. 1992) | 16-month jury trial for racketeering and other criminal charges (involving the Gambino crime family) | Murder of witness |
| United States v. DiLorenzo | No. S1 94 CR. 303 (AGS), 1995 WL 366377 (S.D.N.Y. June 19, 1995) | Police officer extorted drug dealers | Illegal searches and seizures; theft |

| Case | Citation | Underlying Conduct | Independent Crime |
|---|---|---|---|
| Scire v. United States | No. 96-CV-3446, 1997 WL 138991 (E.D.N.Y. Mar. 24, 1997) | Defendant firebombed realtor agency for advertising to "people of all races" | Bombing |
| United States v. Morales | 107 F.3d 5 (2d Cir. 1997) | Defendant ran brothel smuggling illegal aliens for prostitution | Prostitution conspiracy |
| Ramos v. United States | No. 97 CIV. 2572 (JGK), 1998 WL 230935 (S.D.N.Y. May 8, 1998) | Customers inspector kidnapped a man to extort money or drugs | Kidnapping |
| United States v. Crespo | No. 97 CR. 742-01 (RWS), 1998 WL 274298 (S.D.N.Y. May 26, 1998) | Police officers "searched without authority two apartments and a rear courtyard … and took and kept for themselves several kilograms of cocaine, among other things" | Illegal search and seizure; theft |
| Fisher v. United States | 6 F. Supp. 2d 254 (S.D.N.Y. 1998) | Conspiracy to distribute narcotics via an extensive narcotics enterprise | Conspiracy to murder government witnesses |
| Ramirez v. United States | No. 96 CR. 397 (JGK), 1999 WL 980170 (S.D.N.Y. Oct. 27, 1999) | Customs inspector kidnapped a man to extort money or drugs | Kidnapping |
| United States v. Volpe | 224 F.3d 72 (2d Cir. 2000) | Police officer sexually assaulted detainee | Assault |
| United States v. Velazquez | 246 F.3d 204 (2d Cir. 2001) | Prison guards beat inmate to death | Assault |
| United States v. Schwarz | 283 F.3d 76 (2d Cir. 2002) | Police assaulted detainee | Assault |
| United States v. Regnier | 44 F. App'x 524 (2d Cir. 2002) | Prison guard beat inmate to death | Assault |
| United States v. Ferby | 99 F. App'x 285 (2d Cir. 2004) | Police conspired to enter "stash house" and seize jewelry without a warrant | Unreasonable search/seizure |

| Case | Citation | Underlying Conduct | Independent Crime |
|---|---|---|---|
| United States v. Skinner | No. 03-CR-11A, 2005 WL 782811 (W.D.N.Y. Apr. 6, 2005) | Various police misconduct | "personally committed various acts in furtherance of the conspiracy, including falsifying evidence to obtain search warrants, stealing the property of others when executing the search warrants, sharing or seeking to share in the proceeds of thefts committed during the execution of the search warrants, and falsifying other paperwork" |
| United States v. Acosta | 470 F.3d 132 (2d Cir. 2006) | Police routinely intimidated and abused suspects | Armed robbery, warrantless searches |
| Yushuvayev v. United States | 532 F. Supp. 2d 455 (E.D.N.Y. 2008) | Immigration inspector conspired to forcibly remove witnesses from US to Korea | Kidnapping |
| United States v. Perez | 575 F.3d 164 (2d Cir. 2009) | Correctional officers beat inmate | Assault |
| United States v. Lopresti | 340 F. App'x 30 (2d Cir. 2009) | Correctional officer beat inmate | Assault |
| Moskowitz v. United States | 64 F. Supp. 3d 574 (S.D.N.Y. 2014) | Defendant lied to FBI during espionage investigation | Obstructing administration of justice |
| United States v. Spaulding | 631 F. App'x 5 (2d Cir. 2015) | | Falsification of police report |
| United States v. Krug | 868 F.3d 82 (2d Cir. 2017) | Police used excessive force during arrest | Assault |
| United States v. Coll | 762 F. App'x 56 (2d Cir. 2019) | Correctional officer beat prisoner to death | Assault |
| United States v. Scott | 979 F.3d 986 (2d Cir. 2020) | Correctional Officers beat and abused prisoners | Assault |

| Case | Citation | Underlying Conduct | Independent Crime |
|---|---|---|---|
| United States v. Fisher | 493 F. Supp. 3d 231 (S.D.N.Y. 2020) | Conspiracy to distribute narcotics via an extensive narcotics enterprise | Conspiracy to murder government witnesses |
| United States v. Borelli | No. 84-CR-63 (LAP), 2021 WL 2228075 (S.D.N.Y. June 2, 2021) | Organized crime group murdered competitors | Murder |