

| | U.S. Department of Justice |
|---|---|
| | *United States Attorney*<br>*Eastern District of New York* |
| OO<br>F. #2018R02250 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

August 3, 2022

By E-mail and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Douglass Mackey
      Criminal Docket No. 21-CR-80 (NGG)

Dear Judge Garaufis:

  In accordance with the Court's Individual Rule of Practice VI(C), the Government respectfully requests permission to file an enlarged memorandum of law (no more than 40 pages) in support of the Government's opposition to the defendant's motion to dismiss, which is currently due on Friday, August 5, 2022. The Government has consulted with counsel for the defendant Douglass Mackey, and counsel does not object to this request.

          Respectfully submitted,

         BREON PEACE
         United States Attorney

      By:   /s/
         Olatokunbo Olaniyan
         Assistant U.S. Attorney
         (718) 254-6317

CC: Andrew Frisch, Esq. (via ECF)