The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

September 1, 2022

*Filed via ECF*

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

    I write on behalf of Douglass Mackey to request (1) an extension of time from tomorrow, September 2, 2022, until this Tuesday, September 6, 2022, within which to filed Mr. Mackey's reply brief in further support of his pending motion to dismiss (scheduled for oral argument on October 5, 2022); and (2) permission to file a reply brief in excess of ten pages (I expect the final reply to be roughly about 20 to 25 pages).

    AUSA Erik Paulsen has advised me that the government does not object to either request.

    The relief sought is necessary because of the atypical issues raised in Mr. Mackey's case, as well as competing commitments and deadlines in my other matters, including a brief in the Second Circuit which I filed yesterday and a trial next week in the Southern District of New York for which I have been preparing this week. I need the upcoming weekend to complete my work on the reply.

    I appreciate the Court's consideration.

    Respectfully submitted,

    */s/ Andrew J. Frisch*
    Andrew J. Frisch

cc: AUSA Erik Paulsen
    AUSA Olatokunbo Olaniyan
    AUSA William Gullotta

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis
Date:** 9/2/22