UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                                                               21-CR-080 (NGG)

DOUGLASS MACKEY,
   also known as "Ricky Vaughn,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney F. Turner Buford from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney F. Turner Buford
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6483
        Fax:  (718) 254-6669
        Email: turner.buford@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney F. Turner Buford at the email address set forth above.

Dated: Brooklyn, New York
October 3, 2022

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                              By:    /s/ F. Turner Buford
                                            F. Turner Buford
                                            Assistant U.S. Attorney

cc: Clerk of the Court (NGG)