

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EDP
F. #2018R02250

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 7, 2022

By E-mail and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Douglas Mackey
                  Criminal Docket No. 21-CR-80 (NGG)

Dear Judge Garaufis:

        The government respectfully submits this letter to advise the Court that the parties consent to a jury being picked by a magistrate judge in the above referenced case, which is currently scheduled for jury selection on March 13, 2023 and openings on March 16, 2023.

                                  Respectfully submitted,

                                  BREON PEACE
                                United States Attorney

                    By:    /s/
                                Erik Paulsen
                                Assistant U.S. Attorney
                                (718) 254-6135

CC:    Andrew Frisch, Esq. (via ECF and e-mail)