UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------- x

UNITED STATES OF AMERICA

        - v -                                Criminal Case No. 21-0080 (NGG)

DOUGLASS MACKEY,

         Defendant.

--------------------------------------------------- x

## NOTICE OF MOTION

        PLEASE TAKE NOTICE that Defendant Douglass Mackey will move this Court,

upon the accompanying Memorandum of Law and all proceedings in this case to date, at a date

and time to be set by the Court, for the following *in limine* and other relief:

    A.       *The Government Must Comply with F. R. Cr. Pr. 5(f)*

    B.       *The Court Should Not Require Jurors to be Vaccinated*

    C.       *The Court Should Preclude the Government's Use*
               *of Protected Speech Preceding September 2016*

    D.       *The Court Should Preclude Evidence that Fails to*
               *Satisfy the Requirements of F. R. Evid. 801(d)(2)(E)*

    E.       *The Court Should Preclude Twitter's Reasons for Suspending*
               *Ricky Vaughn's Twitter Account and conclusions of MIT*
               *Media Lab About the Account's Popularity*

    F.       *Even if the Congressmen Described in the Complaint is Relevant,*
               *the Court Should Preclude Evidence of His Identity*

    G.       *The Court Should Preclude Inflammatory Language*

Dated: January 30, 2023

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch
The Law Offices of Andrew J. Frisch, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
(212) 285-8000
*afrisch@andrewfrisch.com*

*Attorney for Douglass Mackey*