

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EDP/FTB/WG
F. #2018R02250

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 30, 2023

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Douglass Mackey
                Criminal Docket No. 21-80 (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter in response to the Court's January 23, 2023 Order directing the parties to submit objections, if any, to empaneling a vaccinated jury.

      The government takes no position as to whether jurors should be asked about their vaccination status, but notes that, during the pandemic, many jury trials in this District have been conducted and proceeded to verdict where jurors have not been asked about their vaccination status.  The government is also aware of criminal trials in this District in which only vaccinated jurors were empaneled.  Pursuant to Fed. R. Crim. P. 24(a), questioning prospective jurors about such matters is within the district court's discretion.  Should the Court determine to do so and exclude unvaccinated potential jurors, however, the

government respectfully submits that the Court should explain on the record the basis for such exclusions, consistent with the provision of 28 U.S.C. 1866(c).

                                                Respectfully submitted,

                                                BREON PEACE
                                                United States Attorney

By:      /s/
                                                Erik D. Paulsen
                                                Assistant U.S. Attorney
                                                (718) 254-6135