

U.S. Department of Justice

United States Attorney
Eastern District of New York

EDP
F. #2018R02250

271 Cadman Plaza East
Brooklyn, New York 11201

February 25, 2023

By Hand Delivery and ECF

The Hon. Nicholas Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Douglass Mackey
              Criminal Docket No. 21-80 (NGG)

Dear Judge Garaufis:

      Enclosed please find a signed expert disclosure and documents demonstrating applicable credentials, provided in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and to supplement the government's February 15, 2023 submission (ECF Dkt. No. 62). The government reserves the right to supplement or correct this disclosure if appropriate. See Fed. R. Crim. P. 16(a)(1)(G)(vi). The government also requests reciprocal discovery from the defendant pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

                                          Very truly yours,

                                          BREON PEACE
                                          United States Attorney

                    By:    /s/ Erik D. Paulsen
                          Erik D. Paulsen
                          F. Turner Buford
                          Assistant U.S. Attorneys
                          (718) 254-7000

                          William J. Gullotta
                          Trial Attorney
                          (202) 514-1412

Enclosure
cc:     Clerk of the Court (NGG) (by ECF)