# Eric Chu

eric.chu.56@gmail.com

## Education

2017–2021 **PhD**, **Massachusetts Institute of Technology (MIT)**
Computer science and artificial intelligence

2015–2017 **MS**, **Massachusetts Institute of Technology (MIT)**
Computer science and artificial intelligence

2010–2014 **BS**, **University of California, Berkeley**
Electrical Engineering & Computer Science

2013 Visiting Student, **University of Oxford**

## Industry Experience

2022 – **Google**, *Research Scientist*
Large language models.

2019 **Facebook AI Research (FAIR)**, *Research Intern*
Worked on dialogue generation, experimenting with large-scale memory models that blend retrieval and generation.

2018 **Google Brain**, *Research Intern*
Developed the first end-to-end model for unsupervised, multi-document, abstractive summarization. Paper accepted to ICML.

2015 **Facebook**, *Data Scientist,*
Worked on ad moderation (document-based classifiers, human-AI collaborative system).

2014 **Facebook**, *Data Scientist Intern*
Analyzed community and interest groups, with a focus on health and emergent behavior.

2013 **Knewton**, *Software Engineer Intern*
Full-stack development for education-tech startup.

## Academic Research Experience

2015–2021 **MIT**, *PhD Candidate*
Projects in machine learning across natural language processing, computer vision, audio processing, computational social science, and human-computer interaction.

2011–2014 **UC Berkeley**, *Undergraduate researcher*
Worked on projects spanning data analysis, computer vision, and biomedical imaging.

2013 **Oxford University**, *Undergraduate researcher*
Experimented using support vector machines to classify protein behavior.

## First-author Publications

[1] **Eric Chu**. "Evolving Evocative 2D Views of Generated 3D Objects". *NeurIPS Machine Learning For Creativity and Design Workshop*, 2021.

[2] **Eric Chu**, Deb Roy, and Jacob Andreas. "Are Visual Explanations Useful? a Case Study in Model-in-the-loop Prediction." *Preprint*, 2020.

[3] **Eric Chu**, Nabeel Gillani, and Sneha Priscilla Makini. "Games for Fairness and Interpretability." *Companion Proceedings of the Web Conference (WWW) (Also accepted to ICLR Towards Trustworthy ML Workshop)*, 2020.

[4] **Eric Chu**[*] and Peter Liu[*]. "Meansum: a Neural Model for Unsupervised Multi-document Abstractive Summarization." *International Conference on Machine Learning (ICML)*, 2019.

[5] **Eric Chu**[*], Prashanth Vijayaraghavan[*], and Deb Roy. "Learning Personas from Dialogue with Attentive Memory Networks." *Empirical Methods in Natural Language Processing (EMNLP)*. 2018.

[6] **Eric Chu**. "Artistic Influence GAN." *NeurIPS Machine Learning For Creativity and Design Workshop*, 2021.

[7] **Eric Chu** and Deb Roy. "Audio-visual Sentiment Analysis for Learning Emotional Arcs in Movies." *International Conference on Data Mining (ICDM)*, 2017.