The Law Offices of
## ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

March 2, 2023

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

  After the defense filed notice of the prospective testimony of expert George Hawley, Ph.D., the government reached out to defense counsel and suggested that the notice be supplemented in part to comply with the new requirements of Rule 16. This letter responds to the government's suggestion with the attached supplement from Professor Hawley.

            Respectfully submitted,

            */s/ Andrew J. Frisch*
            Andrew J. Frisch

Enclosure

cc: AUSA Erik Paulsen
   AUSA Turner Buford
   AUSA William Gullotta