Statement of George Hawley, Ph.D,
Department of Political Science, University of Alabama

Over the course of my professional career, a principal area of my expertise has been online media strategies of political conservatives. As reflected in my *curriculum vitae* provided herewith, my books related to this area have been published by Columbia University Press, Oxford University Press, University of Notre Dame Press, and University Press of Kansas. I have otherwise written and lectured about this area of expertise. *See* George Hawley: Is the Alt-Right Collapsing," presented to the Center for Right-Wing Studies at the University of California, Berkeley, 2018.[1]

My opinion is that a substantial number of political conservatives over at least the last ten years have used online media strategies to use social media as a means of provoking ideological opponents, exploiting natural fissures in opposition coalitions, and creating apparent controversies to generate coverage by mainstream journalists. Whether or not such strategies prove successful, proponents of these strategies use such strategies to advance their political ideology by online tactics such as provocation, derision, distraction, and creation of apparent disputes to get the attention of mainstream journalists. These political conservatives attempt to create sideshows to dominate social media and mainstream coverage to create their own narratives and divert coverage from stories that might favor their opponents. My opinion is based on my research in connection with my books and presentations, including extensive review and analysis of social media during at least the last ten years, reviewing and analyzing associated media coverage of elections, and the interplay of these strategies with mainstream news stories, and interviewing various such users of social media. While I have reviewed the Complaint in *United States v. Douglass Mackey*, 21-CR-0080 (NGG), I am not in a position to opine about the intent of any of the people who participated in chats quoted or summarized therein, including Mr. Mackey.

Dated: February 28, 2023

*[signature]*
George Hawley, Ph.D

---

[1] Available at *https://www.youtube.com/watch?v=McqA5wmI5fQ)*.