The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

March 6, 2023

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

    On behalf of Douglass Mackey, I respectfully submit this letter as a request for an extension of time until March 8, 2023, within which to submit proposed voir dire questions. I have been otherwise occupied with working with the government on its proffered tweets, chats, and messages, other trial preparation tasks, and commitments in other cases.

    I appreciate the Court's consideration.

                                  Respectfully submitted,

                                  */s/ Andrew J. Frisch*
                                  Andrew J. Frisch

cc:  AUSA Erik Paulsen
      AUSA Turner Buford
      AUSA William Gullotta