The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

March 6, 2023

The Honorable Nicholas G. Garaufis
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

    On behalf of Douglass Mackey, I respectfully submit this letter to advise the Court that his current prospective witnesses at trial include Professor George Hawley and himself. With the Court's permission, I will supplement this list with any other prospective witnesses as preparation for trial continues.

                                            Respectfully submitted,

                                            */s/ Andrew J. Frisch*
                                            Andrew J. Frisch

cc:  AUSA Erik Paulsen
      AUSA Turner Buford
      AUSA William Gullotta