UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x

UNITED STATES OF AMERICA

    - v -                                        Criminal Case No. 21-0080 (NGG)

DOUGLASS MACKEY,

        Defendant.

-------------------------------------------------- x

## ORDER PERMITTING CELLPHONE

IT IS HEREBY ORDERED that law student Emily Tannenbaum, who is assisting in the defense of Douglass Mackey in this case, is permitted to enter the Courthouse with her cellphone during the trial in this case between and including March 13 to March 24, 2023. Please direct any questions to my case manager Joseph D. Reccoppa, 718-613-2545.

Dated: March 9, 2023    *So ordered.*

                                          s/Nicholas G. Garaufis
                                          _____
                                          HON. NICHOLAS G. GARAUFIS
                                          UNITED STATES DISTRICT JUDGE