UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- x

UNITED STATES OF AMERICA

    - v -                                      Criminal Case No. 21-0080 (NGG)

DOUGLASS MACKEY,

    Defendant.

------------------------------------------------- x

## ORDER PERMITTING LAPTOPS

IT IS HEREBY ORDERED that attorney Andrew J. Frisch and law student Emily Tannenbaum, who represent Douglass Mackey in this case, are each permitted to enter the Courthouse with a laptop and an associated computer drive during the trial in this case between and including March 13 to March 24, 2023. Please direct any questions to my case manager Joseph D. Reccoppa, 718-613-2545.

Dated: March 9, 2023

                                                      s/Nicholas G. Garaufis
                                                      _____
                                                       HON. NICHOLAS G. GARAUFIS
                                                     UNITED STATES DISTRICT JUDGE