The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

March 13, 2023

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Garaufis:

  On March 8, 2023, the Court issued an Order granting the government's motion for certain protective measures to safeguard the identity of a cooperating witness. As soon as the Court issued the Order, I contacted the government by telephone and advised that I believed that I knew the identity of the cooperating witness, and that I had not learned the identity from Mr. Mackey. The government confirmed that my information about the identity of the cooperating witness was correct.

  I am not currently seeking any relief and will, of course, abide by the Court's Order, but believe it is appropriate to memorialize my conversation with the government.

  I do not believe that this letter should be maintained under seal, but provisionally so submit it so that the government may first be heard.

            Respectfully submitted,

            */s/ Andrew J. Frisch*
            Andrew J. Frisch

cc: AUSA Erik Paulsen
  AUSA Turner Buford
  AUSA William Gullotta