EDP/WJG/FTB
F. #2018R02250

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

       - against -　　　　　　　　　　　　　　　21–CR-080 (AMD)

DOUGLASS MACKEY,
   also known as "Ricky Vaughn,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CONSPIRACY AGAINST RIGHTS

How do you find the defendant?

       Guilty _____　　　　　　　　　　　　　Not Guilty _____