UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------- x

UNITED STATES OF AMERICA

      - v -                                            Criminal Case No. 21-0080 (NGG)

DOUGLASS MACKEY,

          Defendant.

---------------------------------------------------- x

## **PROPOSED VERDICT SHEET**

1.     Has the government proven venue in the Eastern District of New York by a preponderance of the evidence.   Yes _____   No _____

2.     If you answered "yes" to Question One, has the government proven that Douglass Mackey is guilty beyond a reasonable doubt?   Yes _____   No _____