UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　ORDER OF SUSTENANCE

　　　　　　-against-　　　　　　　　　　　　1:21-cr-00080 (AMD)

DOUGLASS MACKEY,

　　　　　　　　　　　　Defendants.
-------------------------------------------------------------X

　　　**It is hereby ORDERED** that the Marshal supply proper:

( ) 　LODGING

(X) 　SUSTENANCE

( ) 　TRANSPORTATION

　　　to the (16) jurors in the above entitled case

( ) 　DURING SELECTION

(X) 　DELIBERATING

( ) 　SEQUESTERED

(X) 　LUNCH

( ) 　OTHER _____

DATED: Brooklyn, New York
　　　　March 28, 2023

　　　　　　　　　　　　　　　　　　s/Hon. Ann M. Donnelly
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANN M. DONNELLY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE