UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                    Plaintiffs,

  -v.-

DOUGLASS MACKEY

                    Defendants.
-------------------------------------------------------------X

ORDER OF SUSTENANCE

CR 21-00080 (AMD)

     **ORDERED** that the Marshal supply proper

( )   LODGING

(X)   SUSTENANCE

( )   TRANSPORTATION

to the (16) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
         **MARCH 29, 2023**

( ) DURING TRIAL

(X) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

                                      s/Ann M. Donnelly

                                      ANN M. DONNELLY
                                      UNITED STATES DISTRICT JUDGE

                                      3/29/2023