UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA                                              ORDER OF SUSTENANCE

                                       Plaintiffs,

-v.-                                                                                               CR 21-80 (AMD)

DOUGLASS MACKEY
                                       Defendants.
-----------------------------------------------------------X

       **ORDERED** that the Marshal supply proper

( )   LODGING

(X)   SUSTENANCE

( )   TRANSPORTATION

       to the (16) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
            **March 30, 2023**

( ) DURING TRIAL

(X) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

                                                             s/Ann M. Donnelly
                                                              _____
                                                              ANN M. DONNELLY
                                                              UNITED STATES DISTRICT JUDGE