UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DOUGLASS MACKEY,

         Defendant.

- - - - - - - - - - X

Cr. No. 21-0080 (AMD)

**VERDICT FORM**

On the sole count of the Indictment, how do you find the defendant Douglass Mackey?

Guilty ✓    Not Guilty ____

*[signature]*

MARCH 31, 2023