UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA  ORDER OF SUSTENANCE

Plaintiffs,

-v.-

CR 21-80 (AMD)

DOUGLASS MACKEY

Defendants.
------------------------------------------------------------X

**ORDERED** that the Marshal supply proper

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

to the (16) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
        **March 31, 2023**

( ) DURING TRIAL

(X) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

s/Ann M. Donnelly

_____
ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE