The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

April 20, 2023

The Honorable Ann M. Donnelly
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

    Upon consultation with the government and obtaining its consent, I write to respectfully request an adjustment for briefing of post-verdict motions, as follows:

| | |
|---|---|
| May 3 | Mr. Mackey's motions; |
| May 31 | The government's response; |
| June 14 | Mr. Mackey's reply. |

    I make this request because I lost a week of work due to illness since trial and have a fact-finding hearing and out-of-town trip next week and a sentencing on May 1, 2023. As a result, I cannot realistically complete my work either as scheduled (by tomorrow) nor by next week.

    I appreciate the Court's consideration.

                                   Respectfully submitted,

                                   */s/ Andrew J. Frisch*
                                   Andrew J. Frisch

cc: U.S. Attorney's Office