The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

May 2, 2023

The Honorable Ann M. Donnelly
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

    Upon consultation with the government and without its objection, I write respectfully to request a short additional adjustment for briefing of post-verdict motions, as follows:

    May 10    Mr. Mackey's motions;

    June 7    The government's response;

    June 21    Mr. Mackey's reply.

    I make this request because my recent commitments have prevented me from devoting time to completing my work on the motions. Over the past week alone, I have had two sentences (before Judges Korman and Broderick), the first part of a contentious fact-finding hearing, and an out-of-town trip.

    I appreciate the Court's consideration.

    Respectfully submitted,

    */s/ Andrew J. Frisch*
    Andrew J. Frisch

cc: U.S. Attorney's Office