The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

May 4, 2023

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

      On behalf of Mr. Mackey, I write to request that the Court modify his travel restrictions to permit him to travel this weekend to Austin, Texas (departing his home in Florida for Texas on Saturday and returning home on Sunday) to meet with an attorney in Austin. The government advises me that it has no objection to this request, but defers to Pretrial Service. Pretrial Services in Florida where Mr. Mackey resides defers to Pretrial Services in this District. For out-of-town supervisees not assigned a particular officer in this District, Pretrial Services has an email address to solicit its position on applications like this one, but Pretrial Services in this District (in my experience) can be slow to respond to such emails, and has responded to neither Mr. Mackey's email making this request nor my follow-up email, even though I emailed that I intended to apply to the Court this morning. I am aware of no circumstance that would even arguably support denial of this request, and so I request that the Court grant it so that Mr. Mackey can make arrangements for his travel. I will email this letter to Pretrial Services upon filing it.

      Respectfully submitted,

      */s/ Andrew J. Frisch*
      Andrew J. Frisch

cc: U.S. Attorney's Office

    Pretrial Services