**Andrew Frisch**

---

**From:** Paulsen, Erik (USANYE) <Erik.Paulsen@usdoj.gov>
**Sent:** Friday, March 10, 2023 1:20 PM
**To:** Andrew Frisch
**Subject:** Witness Addition

Hi Andy,

We have one more addition to the witness list—Jess Morales Rocketto, who was (like Lloyd Cotler) involved in the HRC campaign and involved in text related outreach. I'm going to flag it for Judge Reyes as a person lists of names.

Erik

Erik Paulsen
Deputy Chief, International Narcotics and Money Laundering
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6135
(718) 749-8671 (cell)