# Andrew Frisch

| | |
|---|---|
| **From:** | Paulsen, Erik (USANYE) <Erik.Paulsen@usdoj.gov> |
| **Sent:** | Monday, February 27, 2023 7:04 PM |
| **To:** | Andrew Frisch |
| **Cc:** | Buford, Turner (USANYE); Gullotta, William (CRM) |
| **Subject:** | 3500 |

Hi Andy,

We're starting to send out 3500 on a rolling basis.  Shivani is sending you a link to USAFx (our office is going paperless).

Let us know if you have issues accessing,

Erik