**Andrew Frisch**

| | |
|---|---|
| From: | Paulsen, Erik (USANYE) <Erik.Paulsen@usdoj.gov> |
| Sent: | Friday, March 10, 2023 9:11 AM |
| To: | Andrew Frisch |
| Subject: | RE: Stipulations |

Sounds good.

Micro is this AM—everything got a bit backed up.

We still don't have the conference to discuss the voir dire. I assumed that would be before Monday. I was inclined toward calling Reyes' chambers.

**From:** Andrew Frisch <afrisch@andrewfrisch.com>
**Sent:** Friday, March 10, 2023 9:08 AM
**To:** Paulsen, Erik (USANYE) <EPaulsen@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Stipulations

I am looking at these rn. Will reach out in a bit. Let's talk about the Dvorsky thing before I put pen to paper. Also I assume Micro 3500 is imminent?