

U.S. Department of Justice

United States Attorney
Eastern District of New York

EDP
F. #2018R02250

271 Cadman Plaza East
Brooklyn, New York 11201

June 1, 2023

By ECF and Email

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Douglass Mackey
                Criminal Docket No. 21-080 (NGG)

Dear Judge Donnelly:

      The government respectfully requests a brief continuance of the date by which it must respond to the defendant's "Motion to Dismiss/Motion to Set Aside the Verdict" ("the Motion"), filed on May 12, 2023 (ECF Dkt. No. 134). On March 31, 2023, the Court set a briefing schedule relating to the Motion and the government's response. The government had no objection to the defendant's subsequent requests for continuances relating to the filing of the Motion (ECF Dkt. Nos. 122, 127 & 131), but now finds that the adjusted briefing deadlines conflict with the schedules of the undersigned and his co-counsel. Accordingly, the government respectfully requests permission to submit its response to the Motion on June 21, 2023, a continuance of two weeks from the current deadline of June 7, 2023. Defendant by his counsel Andrew Frisch has no objection to the government's request.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

              By:        /s/
                      Erik D. Paulsen
                      Assistant U.S. Attorney
                      (718) 254-6135

Cc: Andrew Frisch, Esq. (by ECF)