# EXHIBITS FILED UNDER SEAL