The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

June 29, 2023

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

    With apologies for the short notice, and with the hope that the Court can nonetheless grant this application, Mr. Mackey seeks to modify the conditions of his release by traveling with his wife to St. Augustine, Florida, from June 30 to July 3, 2023, for a religious pilgrimage. This District's Pretrial Services has no objection, Florida Pretrial Services defers to this District, and the government has no objection.

    We appreciate the Court's consideration.

    Respectfully submitted,

    */s/ Andrew J. Frisch*
    Andrew J. Frisch

cc: U.S. Attorney's Office