The Law Offices of
## ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

July 7, 2023

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

    On behalf of Mr. Mackey, I respectfully submit this letter as a request for an extension of time from today, July 7, until Monday, July 10, 2023, within which to file replies in further support of Mr. Mackey's post-verdict motions and his motion for a protective order relating to his presentence report.

    I had hoped to finish my work today, but competing commitments have delayed me and require that I complete my work over the weekend. The government has advised me that it does not object to this request.

    We appreciate the Court's consideration.

                                Respectfully submitted,

                                */s/ Andrew J. Frisch*
                                Andrew J. Frisch

cc:  U.S. Attorney's Office