The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

July 10, 2023

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (AMD)*

Dear Judge Donnelly:

    Mr. Mackey seeks to modify the conditions of his release to permit travel on July 15-16, 2023, with his wife to Raleigh, North Carolina, to attend a baby shower being thrown for the couple by Mr. Mackey's sister. This District's Pretrial Services has no objection, Florida Pretrial Services defers to this District, and the government has no objection.

    We appreciate the Court's consideration.

                                    Respectfully submitted,

                                    */s/ Andrew J. Frisch*
                                    Andrew J. Frisch

cc:  U.S. Attorney's Office