# WAR ROOM

Group Message ID: 759914939335208960

## November 8, 2016

https://t.co/q3W9TsJ3JH



WDFx2EU8 7:18am

**I got suspended Micro for posting a text vote meme....**

nia4_trump 7:34am

**yeah, i guess don't post those then**

WDFx2EU8 7:41am

**No dont Ricky & I got suspended for that**

nia4_trump 7:48am

**Actually i think Ricky got Milo'd or Micro'd**

nia4_trump 7:49am

**I got put in time out**

nia4_trump 7:49am

GX 400-0045