The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
646-349-7660

July 31, 2023

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Donnelly:

    On behalf of Douglass Mackey, I write to request a modification of his travel restrictions to permit him to travel to Vermont to be with family and attend a memorial service between August 1 and 9, 2023, with a trip to Brooklyn on August 2 and 3, 2023, to attend a scheduled appearance before the Court. Pretrial Services does not object, and the government defers to Pretrial Services. My apologies for the short notice, but I had to recalibrate an existing request in light of the scheduled court appearance and just returned from a court appearance earlier today in Central Islip.

    Mr. Mackey and I appreciate the Court's consideration.

    Respectfully submitted,

    */s/ Andrew J. Frisch*
    Andrew J. Frisch

cc:    United States Attorney's Office