The Law Offices of<br>
**ANDREW J. FRISCH, PLLC**<br>
40 Fulton Street, 17th Floor<br>
New York, New York 10038<br>
646-349-7660

August 2, 2023

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re: United States v. Douglass Mackey, Criminal Docket No. 21-0080 (NGG)*

Dear Judge Donnelly:

    From Vermont, Mr. Mackey has advised me that he has symptoms of illness, including a fever of 103, for which he expects to see a physician today. I propose one of two things for tomorrow morning's scheduled appearance: either the Court adjourns it for another day, or the Court permits Mr. Mackey to appear telephonically. If the latter, Mr. Mackey will waive his personal appearance provided that he and I have some means to confer if necessary, perhaps an open cellphone line independent of the Court's speaker phone.

    If there are relevant updates as the day continues, I will so advise the Court.

        Respectfully submitted,

        */s/ Andrew J. Frisch*
        Andrew J. Frisch

cc:    United States Attorney's Office