

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EDP
F. #2018R02250

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 7, 2023

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Douglass Mackey, 21-CR-80</u>

Dear Judge Donnelly:

  On August 2, 2023, the Court rescheduled oral argument in the above-captioned matter for August 15, 2023. The undersigned will be out of the state from August 8 to August 21, 2023, and is currently unable to attend the August 15, 2023 oral argument in person. Government co-counsel, F. Turner Buford and William Gullotta, will be available to represent the government in person on August 15, 2023, and the undersigned respectfully requests permission to join them by participating in the hearing by telephone. To the extent that the Court prefers that all counsel of record be physically present at the hearing, the government respectfully requests that the Court permit the government to work with the Court's deputy and defense counsel to find a date in late August or early September that fits with the Court's and the parties' respective schedules.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

     By: /s/
            Erik D. Paulsen
            Assistant U.S. Attorney
            (718) 254-6135

cc: Andrew Frisch, Esq. (by email)