

U.S. Department of Justice

United States Attorney
Eastern District of New York

FTB
F. #2018R02250

271 Cadman Plaza East
Brooklyn, New York 11201

August 9, 2023

By ECF and Email

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

       Re:    United States v. Douglass Mackey
                Criminal Docket No. 21-080 (AMD)

Dear Judge Donnelly:

        The government writes respectfully to advise the Court that it has conferred with defense counsel and that the parties can be available for oral argument on the defendant's post-trial motions on either August 25, 2023 or September 7, 2023, if either date is convenient for the Court.  The parties are continuing to confer concerning additional dates during the week beginning on September 11, 2023 and will advise the Court in a

supplemental letter as to possible dates that week.  Thank you for the Court's attention to this matter.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

                COREY R. AMUNDSON
                Chief, Criminal Division
                Public Integrity Section

By:   /s/_____
                Erik D. Paulsen
                F. Turner Buford
                Assistant U.S. Attorneys
                (718) 254-7000

                William J. Gullotta
                Trial Attorney
                (202) 514-0047

cc:    Andrew J. Frisch, Esq. (by ECF and Email)