Dear Honorable Judge Ann Donnelly,

I, Brandon Brady, have known Doug Mackey for 2-3 years now after meeting him at Bible Study. Doug is a true staple in the community, a true family man, and truly devout in his Catholic Faith. Doug is well balanced, loving and a compassionate young man. Doug is always willing to go above and beyond for anyone in need. Doug is multi-talented as well; in fact, Doug has gained an interest in meteorology. Doug and I bonded over many meteorological events, namely Hurricane Ian effecting the Fort Myers Area and ours in southeast Florida too. Finally Doug is an upstanding citizen, strong in his Catholic Faith and truly devoted in Charity to his fellow man as well as being multitalented.

My name is Jeanne and I was a visual art teacher in Palm Beach County for 18 years. I've known Doug Mackey for 3 years now. He is a very thoughtful person. Doug is a person who lives his Catholic Faith . Doug has been a good friend to me and my husband Brandon. If I had a serious problem, Doug is the kind of man that can be counted on and trusted on for me and my husband.


Sincerely,

Brandon and Jeanne Brady

Wellington, Florida

September 19, 2023