To whom it may concern,

I am writing on behalf of Douglass Mackey, whom I've had the pleasure of knowing for five years as one of my closest friends, and had the honor of serving as a groomsman in his wedding. Since 2018, I've seen Douglass grow as a man and build a beautiful life with his wife Ines. I know him as a loving, dedicated husband, role model, and soon-to-be father.

We first met at a long-term addiction treatment center in Florida and quickly became roommates. Even in early recovery, I recognized him as a man of faith and integrity who's deeply committed to a life of service to others.

Although never in doubt, Douglass' character was crystallized for me two years ago, when a friend of mine who struggles with addiction was in crisis. When I needed someone for support to do a wellness check, Douglass was the first person I called. Although Douglass didn't know this person, without hesitation he dropped everything at a moment's notice to support me and my friend in need. Without his help, I wouldn't have been able to get my friend into a detox center for the treatment he needed.

My life is richer thanks to Douglass' friendship, and I consider myself extremely fortunate to have him in my life.

Sincerely,
William Daiber
Miami, FL