Joshua Payne
Indianapolis, IN

9/18/2023

RE: Douglass Mackey

To The Honorable Judge,

    My name is Joshua Payne. In 2018, I was at a low point in my life. Feelings of loneliness due to a perceived alienation based on my appearance or skin tone, hopelessness from repeated professional rejections, and confusion stemming from a lack of identity common to adopted children such as myself left me in such a state that my family sent me to a rehabilitation facility in Southern Florida by the year's end.

    The journey to becoming a productive member of society and ultimately to marriage and fatherhood was arduous, and would not have been possible without the community of people that came alongside me in that season. Men like Douglass Mackey assisted me in reconstructing a positive outlook on life, took the time to help with simple things like giving me rides and feeding me when I had no transport or job, and compassionately supported me through asking the heavy and self-reflective questions which are hallmarks of such a season. I am beyond grateful to have met him, and to be able to call him a brother in the faith who I am able to look up to and come to for help.

    It is for these and many other reasons that I am honored write to you for the purposes of witnessing to Doug's character. When I heard that Doug would be headed into court and his character would be procedurally brought into question, I offered to write this letter before I was asked. I actually insisted on it, though I don't know if he remembers that detail. It is the least I can do for a man who lent me his car for personal use when my wife and I were in town; who drove me to get groceries, to work, to volleyball, to dinner, to 12 step meetings; who still to this day keeps in touch with me and called upon me to stand as a groomsman, something I happily reciprocated in kind.


With Sincerity,

Joshua Payne