Daniel A. Veres
Plantation, FL 33322
September 17, 2023

Dear Your Honor,

I am writing to provide a character reference for my friend, Douglas Mackey, who is currently facing sentencing. I have known Doug for the past three years, and during this time, I have had the privilege of getting to know him as an individual of remarkable integrity and a deep commitment to the well-being of others.

The first time I met Doug was at our church. I saw him there during service on a Saturday morning and we bumped into each other at the nearby coffee shop immediately after. From our initial interactions, it was clear to me that Doug is a person of unwavering honesty and a strong moral compass. He consistently goes above and beyond to help those in need, demonstrating his selflessness and dedication to making our community a better place.

After that, we started meeting regularly for breakfast and coffee. He quickly became a great friend and someone I had enormous respect for. He volunteered his time and energy with a local organization that I started, which promotes the arts and cultural events for young professionals. Doug went above and beyond in volunteering his time and energy into making our events successful and getting new people involved.

In the time I have known Doug, I have witnessed his genuine concern for the well-being of those around him. He is a man of strong moral character, a responsible and caring friend, and a valuable member of our community.

It is with great confidence and without reservation that I provide this character reference for Doug. I firmly believe that his actions and demeanor reflect a person who is entirely trustworthy and who has the best interests of others at heart. I hope that you will consider this information when making your decision in his case.

Thank you for your time and consideration.

Sincerely,

Daniel A. Veres