## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLASS MACKEY,<br>    a/k/a "Ricky Vaughn"<br><br>Defendant. | Case No. 1:21-cr-80<br><br>Hon. Ann M. Donnelly |

## NOTICE OF APPEAL

Notice is hereby given that defendant Douglass Mackey appeals to the United States Court of Appeals for the Second Circuit from each and every part of the conviction, sentencing, and judgment in this case, which has not yet been entered. Pursuant to Federal Rule of Appellate Procedure 4(b)(2), this Notice should be treated as effective as of the filing of the judgment.

Dated: October 25, 2023

Yaakov M. Roth
Joseph P. Falvey
Caleb P. Redmond
Harry S. Graver
Jones Day
51 Louisiana Ave. N.W.
Washington, DC 20001
(202) 879-7658
yroth@jonesday.com

Respectfully Submitted

*/s/ Andrew J. Frisch*
Andrew J. Frisch
40 Fulton Street, 17th Floor
New York, NY 10038
(212) 285-8000
afrisch@andrewfrisch.com

*Counsel for Defendant-Appellant Douglass Mackey*

## CERTIFICATE OF SERVICE

I, Andrew J. Frisch, hereby certify that on this date I electronically filed the foregoing document with the CM/ECF system, which accomplishes service upon all parties to this action. The foregoing document is available for viewing and downloading from the ECF system.

October 25, 2023

/s/ *Andrew J. Frisch*